HANSON BRIDGETT LLP
RAFFI VAHEH ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
555 S. Flower Street, Suite 650
Los Angeles, California 90071
Telephone: (213) 395-7621
Facsimile: (213) 395-7615

HANSON BRIDGETT LLP
HOLLY R. HANKS, SBN 313143
hhanks@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiffs DRIP MORE, LLC and BRAIN BEREBER

Daniel Cotman (CBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Defendant Hoosier Vapes, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIP MORE, LLC and BRIAN BEREBER,<br><br>Plaintiffs,<br><br>v.<br><br>CRAVINVAPES LLC; LICENSED ELIQUID MANUFACTURING LLC; and HOOSIER VAPES, INC.,<br><br>Defendants. | Case No. 5:18-cv-00766-PA-SHK<br><br>**STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

Plaintiffs Drip More, LLC ("Drip More") and Brian Bereber ("Bereber") (collectively, "Plaintiff" or "Drip More"), filed their Complaint against Defendants CravinVapes LLC ("CravinVapes"), Licensed Eliquid Manufacturing LLC ("Licensed Eliquid"), and Hoosier Vapes Inc. ("Hoosier") (collectively, "Defendants") on April 16, 2018. The Complaint asserted claims against Defendants for trademark infringement, trade dress infringement, false designation of origin, unfair competition, and copyright infringement under federal and California law.

Drip More and Hoosier have entered into an agreement settling their dispute and hereby stipulate to the entry of this Stipulated Permanent Injunction and Order of Dismissal, the latter pursuant to Fed. R. Civ. P. 41(a)(2).

NOW THEREFORE, Drip More and Hoosier hereby stipulate and agree as follows:

1. This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367, as the claims arise in part under the Lanham Act, 15 U.S.C. § 1051, *et seq*. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367. This Court has personal jurisdiction over the parties hereto. Venue is proper in this District under 28 U.S.C. §1391(b)-(c).

2. Drip More is the owner of the entire right, title and interest in and to the trademark CANDY KING and numerous KING-based trademarks in connection with the manufacture, promotion and sale of electronic cigarette liquid (e-liquid), including but not limited to U.S. Trademark Registration Nos. 5,426,943 and 5,418,220, and U.S. Trademark Application Nos. 87-584,724; 87-584,691; 87-584,718; and 87-609,250, as well as common law rights in the trademarks BATCH, WORMS, and SOUR WORMS (collectively the "KING Marks").

3. Drip More is also the owner of its distinctive crown logo, which it uses both as a design element in the "A" in CANDY, and, more prominently, as a feature of the CANDY KING mark ("King Logo Marks"). Typical of the King Logo Marks is the following appearing in Drip More's CANDY KING mark, U.S. Registration No. 5,418,220:



4. Drip More owns the inherently distinctive trade dress that incorporates the King Logo Marks, a colorful stylized background, and a product mark under the CANDY KING mark ("Batch and Worm Trade Dress"). Representative images illustrating certain aspects of the trade dress of Drip More's well known and distinctive e-liquid bottles are shown below:

 

5. The KING Marks, the King Logo Marks, and the Batch and Worm Trade Dress are collectively referred to as the "Candy King Marks." The Candy King Marks include the registrations and applications listed in Exhibit A. In addition to Drip More's trademarks discussed above, Drip More uses distinctive label for its products, including but not limited to the label art

-3-  Case No. 5:18-cv-00766-PA-SHK
STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL

14832954.1

featured below for its SOUR WORMS label and its BATCH label, as shown in Paragraph 4 (("Batch and Sour Worms Copyrights") (the Candy King Marks and the Batch and Sour Worms Copyrights shall be referred to hereinafter collectively as the "Candy King IP")). Drip More also owns copyright registration number VA0002117575 and application number TX0008561521 for the artwork for these labels.



6. More commenced use of the Candy King IP, Hoosier began using: i) the marks CLONE KING, PATCH, and SOUR WIGGLERS (collectively the "CLONE KING Marks"); and ii) product labels and promotional and advertising materials featuring the artwork and illustrations appearing below (the "Clone King Labels"):

7. Hoosier has agreed to cease all use of the CLONE KING Marks,

Clone King Labels, and anything confusingly similar to the Candy King IP on or prior to September 4, 2018.

8. **Permanent Injunction**. As of September 4, 2018, Hoosier along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from, or ordered to take affirmative action, as follows:

    a. Cease using the CLONE KING Marks, the Clone King Labels, the Candy King IP, the KING Marks, or any other KING-based trademarks, including but not limited to anything that it is the phonetic equivalent or variant of KING (collectively the "Infringing KING IP") in any way, including but not limited to: as any part of a trade name, trademark, service mark, logo, product label, advertising and promotional materials, domain name, URL, e-mail address or otherwise; on the Internet including but not limited to such use in meta tags, links, key words, AdWords, and other means affecting Internet search engines and Internet search engine results; websites, online videos, or any other marketing, promotional, or advertising materials or media.

    b. Destroy (or delete or remove where appropriate) anything that references or includes any Infringing KING IP, including but not limited to the CLONE KING Marks, the Clone King Labels, the Candy King IP, the KING Marks, or any other KING-based trademarks, including but not limited to anything that it is the phonetic equivalent or variant of KING;

    c. Cease using, in any way, and remove all content from, and disable any URL forwarding from, any domain name that includes any

Infringing KING IP, including but not limited to the CLONE KING Marks, the Candy King Marks, the KING Marks, or any other KING-based trademarks, including but not limited to anything that it is the phonetic equivalent or variant of KING, and let such domain name(s) lapse when they are currently due to expire.

    d. Provide Drip More with written confirmation of the permanent discontinuation of use of any Infringing KING IP, including but not limited to the CLONE KING Marks, the Clone King Labels, the Candy King IP, the KING Marks, or any other KING-based trademarks, including but not limited to anything that it is the phonetic equivalent or variant of KING by having Joseph Stowers, an officer of Hoosier Vapes, Inc., sign under oath a letter substantially in the form attached to the Parties' settlement agreement, and delivering it to Drip More no later than September 17, 2018.

    e. Make a payment from Hoosier to Drip More in the amount and manner specified in Drip More and Hoosier's settlement agreement.

    f. Cease otherwise infringing Drip More's Candy King IP.

    g. Not challenge or otherwise object to use or registration of the Candy King Marks, or any other trademark featuring the KING letter string, by Drip More or any of its affiliated companies or individuals either in proceedings before the United States Patent and Trademark Office, or in any court or other legal forum, or assist any third party in doing so.

9. Pursuant to 15 U.S.C. § 1118, Hoosier must deliver up for destruction, or show proof of said destruction or sufficient modification to eliminate all articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging, letterheads, business cards, literature, materials,

receptacles and any other matter in the possession, custody, or under the control of Hoosier or its agents or distributors bearing any Infringing KING IP, including the Candy King IP, in any form or manner whatsoever, or any mark that is confusingly similar to or a colorable imitation of the Candy King IP, both alone and in combination with other words or terms, and all plates, molds, matrices, and other means of making the same, on or prior to September 17, 2018.

10. Hoosier, pursuant to section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), must serve upon Drip More on or prior to September 17, 2018, a report in writing under oath setting forth in detail the manner and form in which Hoosier has complied with the terms of this Order and implemented adequate and effective means to either discontinue doing business and/or discontinue offering or selling goods or services bearing the Infringing KING IP, including the Candy King IP. In the event that Hoosier fails to file such a report with the Court on or prior to September 17, 2018, Drip More agrees to provide written notice to Hoosier that it is in violation of this Stipulated Injunction. If Hoosier fails to cure the violation and files and serves the report described herein within ten (10) days of receiving such notice (time being of the essence), Drip More may notify the court, and Hoosier shall be liable for and pay to Drip More its reasonable attorneys' fees in connection with the enforcement by the Court of this Stipulated Injunction.

11. Each party shall pay its own attorneys' fees and costs that have accrued on or before the execution of this Stipulated Injunction.

12. If Hoosier breaches any term of this Stipulated Injunction, Hoosier shall be liable for and pay to Drip More its reasonable attorneys' fees in connection with any future enforcement by the Court of this Stipulated Injunction.

13. Nothing in this Stipulated Permanent Injunction and Order of

Dismissal precludes Drip More from asserting any claims or rights that arise solely after entry of this Stipulated Permanent Injunction and Order of Dismissal or that are based upon any breach of, or the inaccuracy of, any representation or warranty made by Drip More in this Stipulated Permanent Injunction and Order of Dismissal or the settlement agreement reached by Drip More and Hoosier.

14. This Stipulated Permanent Injunction and Order of Dismissal is final and may not be appealed by either party.

15. This Stipulated Permanent Injunction applies to and binds all parties who are in active concert or participation with Hoosier as provided in Rule 65(d) of the Federal Rules of Civil Procedure. Hoosier waives any objection under Rule 65(d) of the Federal Rules of Civil Procedure.

16. This Stipulated Permanent Injunction and Order of Dismissal shall bind Hoosier Vapes and its corporate affiliates, successors, assignees, officers, directors, employees, agents, servants, representatives, and shareholders.

///

17. Drip More's claims against Hoosier are hereby dismissed with prejudice and without costs to either party.

DATED: Sept. 10, 2018                    HANSON BRIDGETT LLP

                                         By:   */s/ Raffi V. Zerounian/*
                                               RAFFI VAHEH ZEROUNIAN
                                               HOLLY R. HANKS
                                               Attorneys for Plaintiffs DRIP MORE,
                                               LLC and BRAIN BEREBER


DATED: Sept. 10, 2018                    COTMAN IP LAW GROUP, PLC

                                         By:   */s/ Jayson S. Sohi*
                                               JAYSON S. SOHI
                                               Attorney for Defendant HOOSIER
                                               VAPES, INC.


**SO ORDERED** this 12th day of September, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**

## Exhibit A

| Mark | Reg. No. /Serial No. | Goods and Services |
|---|---|---|
| (CANDY KING logo) | 5,418,220 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. |
| CANDY KING | 87-553,234 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. |
| CAKE KING | 87-584,691 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| COFFEE KING | 87-584,710 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| COOKIE KING | 87-584,718 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| CREAM KING | 87-584,724 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| DESSERT KING | 87-584,741 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical |

| | | |
|---|---|---|
| | | flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **DONUT KING** | 87-584,747 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **ICE CREAM KING** | 87-585,114 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **ICE KING** | 87-585,115 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **JUICE KING** | 87-585,117 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **LIQUID KING** | 87-585,119 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **MENTHOL KING** | 87-585,123 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **MUFFIN KING** | 87-585,126 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **SALT KING** | 87-780,776 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) |

| | | |
|---|---|---|
| | | comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. |
| **SLURPY KING** | 87-585,135 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **SOUR KING** | 87-585,138 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **SWEET KING** | 87-585,140 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **TOFFEE KING** | 87-585,142 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |
| **YOGURT KING** | 87-585,146 | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges |